THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAUVARD HILLIARD, Appellant. [641 NYS2d 553] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered November 26, 1991, convicting him of murder in the second degree and attempted robbery in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient is unpreserved for appellate review (*see*, CPL 470.05 [2]; *People v Udzinski*, 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]).

We have considered the defendant's remaining contentions and find them to be without merit. O'Brien, J. P., Ritter, Hart and Goldstein, JJ., concur.